**Order filed April 19, 2012, Withdrawing Response Request.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00355-CV

_____

## IN RE AMIR FRANCISCO GOLABBAKHSH, Relator

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
245th District Court
Harris County, Texas
Trial Court Cause No. 2011-63847**

# O R D E R

On April 16, 2012, the court issued a notice in error requesting a response to the petition for writ of mandamus filed on April 13, 2012. No response to the petition is requested or necessary to the disposition of this original proceeding. The notice issued April 16, 2012, requesting a response is **WITHDRAWN.**

PER CURIAM